**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MAURICE KING<br>v.<br>CHICAGO POLICE OFFICERS<br>DANIEL O'TOOLE, STAR NO. 15346, et al. | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Maurice King

```
FILED: JULY 31, 2008
08CV4358
JUDGE COAR
MAGISTRATE JUDGE VALDEZ
YM
```

| |
|---|
| NAME (Type or print)<br>Jeffrey J. Neslund |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey J. Neslund |
| FIRM<br>Law Offices of Jeffrey J. Neslund |
| STREET ADDRESS<br>150 N. Wacker Dr., suite 2460 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215115 | TELEPHONE NUMBER<br>(312) 223-1100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐